448 A.2d 1152

Commonwealth v. Thompson, Appellant.

Petition for Allowance of Appeal Denied Feb. 3, 1983.

Commonwealth v. Crocetto, Appellant.

* DiSALLE, J., did not participate in the consideration or decision of this case.

Argued November 4, 1981. D. M.
Masciantonio, for Thompson, appellant (at No. 1582); Francis R. Lord, for Crocetto, appellant (at No. 1583); Rex R.
Gary, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Judgment of sentence affirmed.